LAW OFFICES OF ANDREW L. PACKARD
ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
andrew@packardlawoffices.com
michael@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DOWNEY BRAND LLP
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

Attorneys for Defendant
FEATHER RIVER CONCRETE PRODUCTS, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation<br><br>          Plaintiff,<br><br>v.<br><br>FEATHER RIVER CONCRETE PRODUCT, a business entity, et al.,<br><br>          Defendants. | Case No.  2:07-CV-01863-LKK-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

      Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendants Feather River Concrete Products and William Callaway (Feather River) hereby stipulate to extending the time to respond to Plaintiff's Complaint.  The current due date for Defendants' response is November 15, 2007.  The next scheduled action in this matter is an initial status conference, set for January 14, 2008.

      Counsel for CSPA and Feather River are presently discussing settlement terms and

believe it likely that this case will be resolved. The parties have made considerable progress in the short time since Feather River's current counsel was engaged in this case. Presently, the parties are largely in agreement on the major concepts of the anticipated settlement, and are primarily focused on hashing out the details. In fact, Defense counsel has already begun putting together a settlement agreement. Thus, pursuant to Local Rule 6-144(a), the parties hereby jointly request that the Court extend the time in which Defendants may file their Answer or otherwise move with respect to Plaintiff's Complaint by an additional 30 days, up to and including December 17, 2007.

If the parties are able to execute a settlement agreement as expected, it will be likely that the parties will request a further extension from this Court so that the agreement may be finalized and reviewed by appropriate government agencies, if necessary, before stipulated dismissal.

Respectfully Submitted,

DATED: November 15, 2007                DOWNEY BRAND LLP


By:           / s /
    GREGORY T. BRODERICK
    Attorney for Defendants
    FEATHER RIVER CONCRETE, et al.


DATED: November 15, 2007                LAW OFFICES OF ANDREW L. PACKARD


By:           / s /
    MICHAEL P. LYNES
    Attorney for Plaintiff
    CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE


**IT IS SO ORDERED:**

DATED: November 16, 2007                LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

890836.1                                2

STIP. AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEF.S TO RESPOND TO PLAINTIFF'S COMPLAINT