| | |
|---|---|
| 1 | LAW OFFICES OF ANDREW L. PACKARD |
| | ANDREW L. PACKARD (Bar No. 168690) |
| 2 | MICHAEL P. LYNES (Bar No. 230462) |
| | 319 Pleasant Street |
| 3 | Petaluma, CA 94952 |
| | Telephone: (707) 763-7227 |
| 4 | Facsimile: (415) 763-9227 |
| | andrew@packardlawoffices.com |
| 5 | michael@packardlawoffices.com |

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DOWNEY BRAND LLP
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

Attorneys for Defendant
FEATHER RIVER CONCRETE PRODUCTS, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEATHER RIVER CONCRETE PRODUCT, a business entity, et al.,<br><br>Defendants. | Case No.  2:07-CV-01863-LKK-KJM<br><br>**SECOND STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendants Feather River Concrete Products and William Callaway (Feather River) hereby stipulate to extending the time to respond to Plaintiff's Complaint.  The current due date for Defendants' response is December 17, 2007.  On November 16, 2007, this Court previously extended the deadline to respond to this complaint to December 17, 2007.  The next scheduled action in this matter is an initial status conference, set for January 14, 2008.  This request is filed on the day the responsive pleading was due because it was unclear whether Feather River would simply respond to the

1

1 complaint or need a further extension. Based on a further counter-offer extended to CSPA today,
2 it is evident that an extension is necessary to resolve this litigation with the least expenditure of
3 judicial and litigant resources.

4     Counsel for CSPA and Feather River are presently working through settlement terms and
5 believe it likely that this case will be resolved without further judicial involvement. The parties
6 have made considerable progress since Feather River's current counsel was engaged in this case,
7 and are discussing concrete settlement terms, including specific dollar figures and performance
8 measures. Defense counsel has already begun drafting a settlement agreement. Thus, pursuant to
9 Local Rule 6-144(a), the parties hereby jointly request that the Court extend the time in which
10 Defendants may file their Answer or otherwise move with respect to Plaintiff's First Amended
11 Complaint by an additional 30 days, up to and including January 16, 2007.

12     If the parties are able to execute a settlement agreement as expected, it will be likely that
13 the parties will request a further extension from this Court so that the agreement may be finalized
14 and reviewed by appropriate government agencies, if necessary, before stipulated dismissal.

15     Respectfully Submitted,

DATED: December 17, 2007      DOWNEY BRAND LLP

By:    / s /
    GREGORY T. BRODERICK
    Attorney for Defendants
    FEATHER RIVER CONCRETE, et al.

DATED: December 17, 2007      LAW OFFICES OF ANDREW L. PACKARD

By:    / s /
    MICHAEL P. LYNES
    Attorney for Plaintiff
    CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE

**IT IS SO ORDERED:**

DATED: December _27, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT