1  LAW OFFICES OF ANDREW L. PACKARD
   ANDREW L. PACKARD (Bar No. 168690)
2  MICHAEL P. LYNES (Bar No. 230462)
   319 Pleasant Street
3  Petaluma, CA 94952
   Telephone: (707) 763-7227
4  Facsimile: (415) 763-9227
   andrew@packardlawoffices.com
5  michael@packardlawoffices.com

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING PROTECTION
7  ALLIANCE

8

   DOWNEY BRAND LLP
9  GREGORY T. BRODERICK (Bar No. 220871)
   555 Capitol Mall, Tenth Floor
10 Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
11 Facsimile: (916) 444-2100
   gbroderick@downeybrand.com
12
   Attorneys for Defendants
13 FEATHER RIVER CONCRETE PRODUCTS, ET AL.

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEATHER RIVER CONCRETE PRODUCT, a business entity, et al.,<br><br>Defendants. | Case No.  2:07-CV-01863-LKK-KJM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
|---|---|

23     Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendants Feather

24 River Concrete Products and William Callaway (Feather River) hereby stipulate to continue the

25 status conference currently scheduled for January 14, 2008 to March 24, 2008.  The parties are

26 very close to executing a settlement agreement, and do not wish to burden the Court or expend

27 the resources for appearing at a status conference when settlement appears imminent.

28
   899392.2                              1

1   The current status conference is scheduled for January 14, 2008, and the status reports for
2   such conference are due 10 days prior to that conference (i.e. January 4, 2008).  The original
3   status conference in this case was scheduled for November 13, 2007 but, on November 7, 2007,
4   this Court extended continued that status conference to January 14, 2008, because service had not
5   yet been completed.

6   Counsel for CSPA and Feather River are presently on the last through settlement terms
7   and believe it likely that this case will be resolved without further judicial involvement.  The
8   parties have made considerable progress since Feather River's current counsel was engaged in
9   this case.  The parties have agreed to a number of concrete settlement terms, and are very close on
10  the remaining issues.  Defense counsel has completed a draft settlement agreement which is being
11  reviewed by Defendants, and counsel expects to circulate this draft to Plaintiff shortly.  It is
12  therefore extraordinarily likely that a settlement agreement will be executed within the next few
13  weeks.

14   As such, no purpose will be served by requiring the parties to expend their resources
15  burdening the Court with status reports or a status conference.  Thus, pursuant to Local Rule 6-
16  144(a), the parties hereby jointly request that the Court continue the status conference scheduled
17  for January 14, 2008, to March 24, 2008 at 1:30 p.m.

18  If the parties are able to execute a settlement agreement as expected, it is likely that the
19  parties request that this Court vacate all dates so that the agreement may be finalized and
20  reviewed by appropriate government agencies, if necessary, before filing a stipulated dismissal.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | Respectfully Submitted,
2 | DATED: January 3, 2008                DOWNEY BRAND LLP

4 | By:      / s / Gregory T. Broderick
5 | GREGORY T. BRODERICK
    Attorney for Defendants
    FEATHER RIVER CONCRETE, et al.

8 | DATED: January  , 2008                LAW OFFICES OF ANDREW L. PACKARD

10 | By:      / s / Michael P. Lynes
     MICHAEL P. LYNES
     Attorney for Plaintiff
     CALIFORNIA SPORTFISHING
     PROTECTION ALLIANCE

13 | **IT IS SO ORDERED:**

15 | DATED: January 7, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

899392.2                                3