LAW OFFICES OF ANDREW L. PACKARD
ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
andrew@packardlawoffices.com
michael@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DOWNEY BRAND LLP
GREGORY T. BRODERICK (Bar No. 220871)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
gbroderick@downeybrand.com

Attorneys for Defendant
FEATHER RIVER CONCRETE PRODUCTS, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>FEATHER RIVER CONCRETE PRODUCT, a business entity, et al.,<br><br>Defendants. | Case No.  2:07-CV-01863-LKK-KJM<br><br>**THIRD STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff California Sportfishing Protection Alliance (CSPA) and Defendants Feather River Concrete Products and William Callaway (Feather River) hereby stipulate to extending the time to respond to Plaintiff's Complaint.  The current due date for Defendants' response is January 16, 2008.  On November 16, 2007, this Court previously extended the deadline to respond to this Complaint to December 17, 2007.  On December 17, 2007, this Court further extended the time to respond to the Complaint to January 16, 2008.  The parties now jointly stipulate to extend the time to respond to the Complaint to March 24, 2008, the same date as is

currently scheduled for the initial status conference in this case.

Counsel for CSPA and Feather River have exchanged draft settlement agreements and are down to the minutiae. The parties believe it likely that a settlement agreement resolving all claims in CSPA's Complaint will be executed in the next several days. At that point, CSPA would submit a notice of settlement to the United States Department of Justice under 33 U.S.C. § 1365(c). If the Justice Department does not comment within 45 days, then CSPA will file a notice of dismissal with this Court under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Thus, pursuant to Local Rule 6-144(a), the parties hereby jointly request that the Court extend the time in which Defendants may file their Answer or otherwise move with respect to Plaintiff's First Amended Complaint up to and including March 24, 2008.

Respectfully Submitted,

DATED: January 14, 2008          DOWNEY BRAND LLP


By:     / s / Gregory T. Broderick
        GREGORY T. BRODERICK
        Attorney for Defendants
        FEATHER RIVER CONCRETE, et al.


DATED: January 14, 2008          LAW OFFICES OF ANDREW L. PACKARD


By:     / s / Michael P. Lynes
        MICHAEL P. LYNES
        Attorney for Plaintiff
        CALIFORNIA SPORTFISHING
        PROTECTION ALLIANCE

**IT IS SO ORDERED:**

DATED: January 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

C:\temp\WEST-901101-v1-Third stip extending time to answer (2).DOC          2

3rd STIP. AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEF.'S TO RESPOND TO PLAINTIFF'S COMPLAINT