ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9229
E-mail:  andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　Plaintiff,<br>　vs.<br><br>FEATHER RIVER CONCRETE PRODUCTS, a business entity, et al.,<br><br>　　　　Defendants. | Case No. 2:07-CV-01863-LKK-KJM<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

　　　WHEREAS, on March 26, 2006, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants Feather River Concrete Products and William Callaway ("Defendants") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

　　　WHEREAS, on September 10, 2007 CSPA filed its Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Feather River Concrete Products and William Callaway*, Case No. 2:07-cv-01863-LKK-KJM.  Said Complaint incorporates by

STIPULATION TO DISMISS WITH PREJUDICE;　　　　　　　　　CASE NO. 2:07-CV-01863-LKK-KJM
[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　　1

PDF created with pdfFactory trial version www.pdffactory.com

1 | reference all of the allegations contained in CSPA's Notice.

2 | WHEREAS, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with paragraph 2 of the Consent Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated:   4/17/08                    LAW OFFICES OF ANDREW L. PACKARD


By:   /s/
Michael P. Lynes
Attorney for Plaintiff

Dated:  4/11/08                     DOWNEY BRAND LLP


By:  /s/
Gregory T. Broderick
Attorney for Defendants

STIPULATION TO DISMISS WITH PREJUDICE;          CASE NO. 2:07-CV-01863-LKK-KJM
[PROPOSED] ORDER                            2
920093.1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Feather River Concrete Products and William Callaway, as set forth in the Notice and Complaint filed in Case No. 2:07-cv-01863-LKK-KJM, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED

EASTERN DISTRICT COURT OF CALIFORNIA

Dated:  April 21, 2008.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

PDF created with pdfFactory trial version www.pdffactory.com